Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
TINA MARIE RIVOTA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TINA MARIE RIVOTA | Case No.: 1:18-cv-01342-BAM |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME TO FILE OPENING BRIEF |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Tina Marie Rivota and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 28 days from May 23, 2019 to June 20, 2019 for Plaintiff to file a Opening Brief , with all other dates in the Court's Scheduling Order extended accordingly. This is Plaintiff's first

///

///

-1-

request for an extension. This request is made at the request of Plaintiff's counsel who will be on a previously schedule leave on the due date.

DATE: May 22, 2019      Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY: _____
Cyrus Safa
Attorney for plaintiff Tina Marie Rivota

DATE:  May 22. 2019

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
Social Security Administration

/s/ *Allison J. Cheung*

BY: _____
Allison J. Cheung
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
Acting Commissioner of Social Security
|*authorized by e-mail|

# CERTIFICATE OF SERVICE
# FOR CASE NUMBER 1:18-CV-01342-BAM

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on May 22, 2019.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*

_____

Cyrus Safa
Attorneys for Plaintiff

**ORDER**

Pursuant to the stipulation of the parties filed on May 23, 2019, and good cause appearing, IT IS HEREBY ORDERED that the deadline for Plaintiff to file an Opening Brief is extended to June 20, 2019. All other dates in the Court's Scheduling Order are extended accordingly.

IT IS SO ORDERED.

Dated: **May 24, 2019**    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE